| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>PAVEN MALHOTRA - # 258429<br>pmalhotra@keker.com<br>BRYN WILLIAMS - # 301699<br>bwilliams@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorneys for Defendant FACEBOOK, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IBRAHIM HASSAN, ANJEZA HASSAN, MIRELA HYSA, and KOSTA HYSA,<br><br>    Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 3:19-cv-01003-JST<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME (LOCAL RULE 6-2)<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: Hon. Judge Jon S. Tigar<br><br>Date Filed: February 22, 2019<br><br>Trial Date: None |

Pursuant to the stipulation, and for good cause shown, Plaintiffs' time to file an opposition to Facebook's Motion to Dismiss shall be extended by a time of 21 days up to, and including, May 20, 2019.

**IT IS SO ORDERED.**

Dated ____April 24____, 2019

_____
HON. JON S. TIGAR
United States District Court Judge