UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br><br> Case Nos. 18-md-02843-VC, 19-cv-01003-JST |
| IBRAHIM HASSAN, et al., <br>               Plaintiffs, <br> v. <br> FACEBOOK, INC., <br>               Defendant. | **PRETRIAL ORDER 23: ORDER GRANTING MOTION TO RELATE (*HASSAN*) AND RESCHEDULING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 293 (18-md-02843-VC) |

      The motion to relate *Hassan v. Facebook, Inc.*, No. 4:19-cv-01003-JST (N.D. Cal.) to the MDL proceeding is granted. The standards for relating cases under Local Rule 3-12 are met here, because the actions "concern substantially the same parties, property, transaction, or event" and litigating the *Hassan* case separately from the MDL would be "an unduly burdensome duplication of labor and expense." Furthermore, relating the cases will serve the "convenience of parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407.

      Per the request of the co-lead plaintiffs and Facebook, the case management conference is rescheduled for November 4, 2019 at 2:00 p.m in San Francisco, Courtroom 4. In their joint case management statement, due October 28, Facebook and the co-lead plaintiffs should address whether *Hassan* should be treated differently from the other member cases. The plaintiffs in *Hassan* are ordered to file a separate case management statement by October 31, 2019, in advance of the case management conference. Facebook need not file a response to the *Hassan*

complaint until some time after the case management conference.

**IT IS SO ORDERED.**

Dated: September 30, 2019

_____
VINCE CHHABRIA
United States District Judge